UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-60068-CR-RUIZ

UNITED STATES OF AMERICA

vs.

GUSTAVO FIELDS,

    Defendant.
_____/

## FACTUAL PROFFER

If this case were to proceed to trial, the United States would prove beyond a reasonable doubt that:

On December 30, 2021, law enforcement officials encountered defendant GUSTAVO FIELDS after a license plate reader alerted to a black 2021 Dodge Charger that FIELDS was driving. After the vehicle was stopped, a search warrant was executed on that vehicle. A satchel was discovered inside the vehicle near the driver's seat containing a wallet. The wallet contained two Citibank credit cards not in defendant GUSTAVO FIELDS' name, but in the name of a fraud victim A.C.

Law enforcement officials contacted A.C., who advised that she did not know FIELDS and did not authorize him or anyone else to possess or use those Citibank credit cards. Further investigation revealed that in addition to those two credit cards found in the wallet, an additional Citibank credit card, ending in 4102 was opened in A.C.'s name, without her knowledge and consent. The home address provided for that credit card ending in 4102 was 12357 SW 11th Street, Pembroke Pines, FL which is the same address GUSTAVO FIELDS' uses on his State of Florida driver's license.

Law enforcement officials were able to obtain video surveillance from some of the stores

where the credit cards were used. They compared the surveillance footage to FIELDS driver's license and they appeared to be matches.

Specifically, on January 18, 2022, defendant GUSTAVO FIELDS used A.C.'s Citibank credit card ending in 4102 to purchase electronic goods and gift cards totaling $1,426.93 at Best Buy in Pembroke Pines, Florida. There is video surveillance of FIELDS making these purchases as well as GPS tracking information showing him in the store at the time of the purchases. FIELDS also used that same Citibank card issued to A.C. to purchase monkey food at a Pet Smart in Pembroke Pines, Florida. There is video surveillance of that purchase at Pet Smart as well as GPS tracking information showing FIELDS at the store at the time the purchases were made.

In addition to the purchases made at Best Buy and PetSmart, from January 18, 2022 until January 21, 2022, FIELDS used the Citibank card ending in 4102 to make purchases totaling an additional $1,400. A.C. does not know GUSTAVO FIELDS, she did not authorize FIELDS to possess or use her Citibank credit cards to make any purchases. These events occurred in Broward County in the Southern District of Florida.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 10/13/22

By: *[signature]*
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

Date: 10/13/22

By: *[signature]*
JORGE L. DEL VILLAR, Esquire
ATTORNEY FOR DEFENDANT

Date: 10/13/22

By: *[signature]*
GUSTAVO FIELDS
DEFENDANT